IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GAIL M. BLACKMER,

    Plaintiff,

vs.                              5:04cv88-LAC/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA").  Doc. 23.  Plaintiff seeks attorney fees pursuant to the EAJA, 28 U.S.C. § 2412(d) in the amount of $575.00 representing 2.9 hours at an hourly rate of $150.00 per hour for attorney fees and 2.8 hours at the rate of $50.00 per hour for paralegal fees.  Defendant has filed a response to the application advising the court that the parties have jointly agreed to awarding EAJA fees and expenses in the total amount of $502.50.  Doc. 24.

In light of the above, it is **RECOMMENDED** that:

Plaintiff's petition for attorney's fees, doc. 23, be **GRANTED** and the court order that the Secretary certify and pay to Plaintiff $502.50 as a reasonable fee.

**IN CHAMBERS** at Tallahassee, Florida, on October 20, 2005.

  s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may serve and file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**