# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

GAIL M. BLACKMER,

    Plaintiff,

vs.                                    5:04cv88-LAC/WCS

JO ANNE B. BARNHART,
**Commissioner of Social Security,**

    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 20, 2005. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's petition for attorney's fees, doc. 23, is **GRANTED** and the Secretary shall certify and pay Plaintiff $502.50 as a reasonable fee.

**DONE AND ORDERED** this 22nd day of November, 2005.

s/*L.A. Collier*
**LACEY COLLIER**
**Senior United States District Judge**

Case No. 4:99cv159-LAC